# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
AT Albuquerque NM
JUN 29 2016
MATTHEW J. DYKMAN
CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 16-MJ-2793 |
| Joshua TALAMANTES | ) | |
| Oscar MORENO-Coronado | ) | |
| | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __6/28/2016__ in the county of __Bernalillo__ in the __Federal__ District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 U.S.C. Section 846 | Conspiracy to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine |

This criminal complaint is based on these facts:

***SEE ATTACHED AFFIDAVIT***

☑ Continued on the attached sheet.

_____
Complainant's signature

William Baker, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 6/29/2016

_____
Judge's signature

City and state: Albuquerque, New Mexico

Honorable Judge Steven C. Yarbrough
Printed name and title

Affidavit

1. I, William Baker, a Special Agent of the Drug Enforcement Administration (DEA), being duly sworn, depose and state:

2. I am a Special Agent of the Drug Enforcement Administration and have been so employed since August 2004. I am currently assigned to the Albuquerque District Office, of the DEA, specifically assigned to investigate federal drug offenses.

3. This affidavit is made in support of the issuance of a Criminal Complaint charging Joshua TALAMANTES and Oscar MORENO-Coronado with Conspiracy to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, in violation of Title 21 U.S.C. Section 846.

4. On June 28, 2016, agents from the DEA, Dept. of Homeland Security – HSI, and New Mexico State Police conducted surveillance on Joshua TALAMANTES who traveled up from El Paso to deliver methamphetamine to some undercover officers.

5. Surveillance units began following TALAMANTES who was parked at the Lowe's hardware store, 2001 12th Street, Albuquerque, New Mexico.

6. TALAMANTES called one of the New Mexico State Police undercover officers (UC-1) and said he had to go meet his "guy" (the source of supply for the methamphetamine) to get the methamphetamine and he would be ready to meet in 20 minutes.

7. Surveillance units followed TALAMANTES to the Amberly Inn and Suites, 25 Hotel Circle NE, Albuquerque 87123.

8. TALAMANTES parked his vehicle in the north parking lot of the hotel and sat in the car.

9. I observed a black mustang, driven by MORENO-Coronado, drive by TALAMANTES and then TALAMANTES followed MORENO-Coronado north on Eubank.

10. I then observed MORENO-Coronado park his mustang and then TALAMANTES parked the Fusion right behind MORENO-Coronado. The vehicles were parked rear end to read end.

11. I further observed MORENO-Coronado open the trunk of the mustang and TALAMANTES open the trunk of the Ford Fusion. MORENO-Coronado then reached into the trunk and appeared to be getting something from the driver's side of the trunk.

12. HSI SA Chris Martin observed TALAMANTES take a bag from the trunk of MORENO-Coronado's vehicle and put it in the vehicle he was driving, the Ford Fusion.

13. Both TALAMANTES and MORENO-Coronado got back into their vehicles and drove away.

14. MORENO-Coronado drove north on Eubank. Surveillance units followed MORENO-Coronado around Albuquerque and MORENO-Coronado eventually parked at the Isleta Casino and Hotel.

15. New Mexico State Police Sergeant Arsenio Chavez had been following MORENO-Coronado, but was not able to conduct a traffic stop before MORENO-Coronado had parked his vehicle.

16. MORENO-Coronado parked the mustang and began walking away from the car. MORENO-Coronado admitted to Sgt. Chavez that he had been driving the vehicle. Sgt. Chavez placed MORENO-Coronado under arrest without incident. Multiple agents and officers had observed MORENO-Coronado driving the mustang prior to him parking the vehicle.

17. Other surveillance units followed TALAMANTES to the Four Winds gas station located at 2401 12th Street, Albuquerque, New Mexico, and parked on the north side of the building, facing south.

18. TALAMANTES then called UC-1 and told UC-1 that he had the methamphetamine and he was ready to meet.

19. UC-1 and another undercover officer (UC-2) then drove over to the Four Winds gas station to meet TALAMANTES.

20. TALAMANTES got out of the Ford Fusion and walked over the vehicle that the undercover officers were in and threw a black and yellow bag which was later determined to contain 1797.9 grams of methamphetamine through the back passenger window and made contact with the undercover officers. UC-1 had a brief conversation with TALAMANTES explaining that he was expecting TALAMANTES to bring nine pounds of methamphetamine and a kilogram of cocaine.

21. UC-1 then told TALAMANTES that he had to go count the money because he had the full amount of money for the nine pounds of methamphetamine and kilogram of cocaine.

22. UC-1 then gave the bust signal and agents placed TALAMANTES under arrest without incident.

23. During a post arrest interview MORENO-Coronado admitted that he picked up the methamphetamine from Lubbock, Texas and brought it to Albuquerque for TALAMANTES. MORENO-Coronado further stated that after he got the methamphetamine out from the side of his trunk, TALAMANTES grabbed a bag from MORENO-Coronado's trunk and MORENO-Coronado put the methamphetamine inside the bag. TALAMANTES then took the bag containing the methamphetamine to his vehicle.

24. During a post arrest interview of TALAMANTES, he stated the he got the four pounds of methamphetamine from MORENO-Coronado.

25. SA Jeff Mauldin and SA Scott Godier field tested the methamphetamine, which tested positive for the presence of methamphetamine.

_____
William Baker, Special Agent
Drug Enforcement Administration

Sworn and subscribed to before me
This 29th day of June, 2016.

_____
Steven C. Yarbrough
United States Magistrate Judge